**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WE THE PATRIOTS USA, INC; JANE DOE, on her own behalf and on behalf of Child 1;<br><br>        Plaintiffs,<br> vs.<br><br>TONY THURMOND, in his official capacity only; ERICA PAN, in her official capacity only; VENTURA UNIFIED SCHOOL DISTRICT; ANTONIO CASTRO, in his official capacity only; ERIK NASARENKO, in his official capacity only; SARA BRUCKER, in her official capacity only;<br>        Defendants. | Case No.: 2:25-cv-04659<br><br>**ORDER <u>GRANTING</u> PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

Plaintiff Jane Doe's application for leave to file two declarations under seal with redacted versions to be filed publicly is <u>GRANTED</u>.

Plaintiff Jane Doe shall file copies of the following documents with the designated portions under seal:

| Document | Portion To Be Filed Under Seal |
|---|---|
| Declaration of Plaintiff Jane Doe In Support Of Her Motion For Permission To Proceed Anonymously | Jane Doe's name and signature |
| Declaration of Plaintiff Jane Doe In Support Of Her Motion For A Temporary Restraining Order And Preliminary Injunction | Jane Doe's name and signature |

Plaintiff Jane Doe shall file public copies of the following documents with the designated portions redacted:

| Document | Portion To Be Filed Redacted |
|---|---|
| Declaration of Plaintiff Jane Doe In Support Of Her Motion For | Jane Doe's name and signature |

| Permission To Proceed Anonymously | |
|---|---|
| Declaration of Plaintiff Jane Doe In Support Of Her Motion For A Temporary Restraining Order And Preliminary Injunction | Jane Doe's name and signature |

Dated: June 5, 2025          _____

HON. ANDRE BIROTTE JR.

UNITED STATES DISTRICT JUDGE