ROB BONTA  
Attorney General of California  
JENNIFER G. PERKELL  
Supervising Deputy Attorney General  
JACQUELINE YOUNG, SBN 306094  
KATHERINE J. GRAINGER, SBN 333901  
Deputy Attorneys General  
  455 Golden Gate Avenue, Suite 11000  
  San Francisco, CA 94102-7004  
  Telephone: (415) 510-3870  
  Fax: (415) 703-5480  
  E-mail: Katherine.Grainger@doj.ca.gov  
*Attorneys for Erica Pan, in her official capacity as the Director of the California Department of Public Health*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE, on her own behalf and on behalf of Child 1; WE THE PATRIOTS USA, INC.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**VENTURA UNIFIED SCHOOL DISTRICT; ANTONIO CASTRO, in his official capacity only; ERIK NASARENKO, in his official capacity only; SARA BRUCKER, in her official capacity only; TONY THURMOND, in his official capacity only; ERICA PAN, in her official capacity only,**<br><br>                Defendants. | 2:25-cv-04659-AB-JC<br><br>**DEFENDANT CALIFORNIA DEPARTMENT OF PUBLIC HEALTH'S NOTICE OF MOTION AND MOTION FOR STAY IN PROCEEDINGS**<br><br>Date: July 25, 2025<br>Time: 10:00 a.m.<br>Courtroom: 7B<br>Judge: The Honorable Andre Birotte, Jr.<br>Action Filed: 5/22/2025 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that on July 25, 2025, at 10:00 a.m., or as soon as possible thereafter as counsel may be heard by the above-entitled court, located at 350 West First Street, Los Angeles, CA 90012, in the courtroom of Judge Andre

1. Birotte, Jr., Defendant Erica Pan will and hereby does move the Court for a stay pending the outcome of a substantially similar case in another federal court. This motion is brought on the grounds that similar cases with substantially similar issues and parties have been filed in the Southern District and Eastern District U.S. District Courts, and the Southern District matter has been appealed to the Ninth Circuit Court of Appeals. Staying this action pending the outcome of the earlier filed actions will promote efficiency and consistency.

    This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, a Request for Judicial Notice, the pleadings and papers on file herein, and upon such other evidence or argument as may be presented to the Court at the time of the hearing.

Dated: June 24, 2025

Respectfully submitted,

ROB BONTA  
Attorney General of California  
JENNIFER G. PERKELL  
Supervising Deputy Attorney General

/s/ Katherine J. Grainger

KATHERINE J. GRAINGER  
Deputy Attorney General  
*Attorneys for Erica Pan, in her official capacity as the Director of the California Department of Public Health*

SF2025801746

# CERTIFICATE OF SERVICE

| Case Name: | **Doe v. Ventura Unified School District** | No. | **2:25-cv-04659-AB-JC** |
|---|---|---|---|

I hereby certify that on June 24, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT CALIFORNIA DEPARTMENT OF PUBLIC HEALTH'S NOTICE OF MOTION AND MOTION FOR STAY IN PROCEEDINGS**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CALIFORNIA DEPARTMENT OF PUBLIC HEALTH'S MOTION TO STAY ACTION PENDING OUTCOME OF SUBSTANTIALLY SIMILAR CASE**

- **DEFENDANT CALIFORNIA DEPARTMENT OF PUBLIC HEALTH'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STAY ACTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 24, 2025, at San Francisco, California.

| G. Guardado | */s/ G. Guardado* |
|---|---|
| Declarant | Signature |

SF2025801746
44673837.docx