# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WE THE PATRIOTS USA, INC; JANE DOE, on her own behalf and on behalf of Child 1;<br><br>　　　　Plaintiffs,<br>　vs.<br><br>VENTURA UNIFIED SCHOOL DISTRICT; ANTONIO CASTRO, in his official capacity only; ERIK NASARENKO, in his official capacity only; SARA BRUCKER, in her official capacity only; TONY THURMOND, in his official capacity only; ERICA PAN, in her official capacity only;<br><br>　　　　Defendants. | Case No.: 2:25-cv-04659-AB-JC<br><br>**ORDER ON STIPULATION TO CONTINUE JUNE 27, 2025 HEARING ON MOTION FOR PERMISSION TO PROCEED ANONYMOUSLY** |

　　The Court **APPROVES** the parties' stipulation and **CONTINUES** the hearing on Jane Doe's Motion for Permission to Proceed Anonymously (ECF 14) to Friday, August, 1, 2025.

　　**SO ORDERED.**

DATED: June 25, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1