Jennifer W. Kennedy, CA SBN 185406
jenniferkennedyesq@gmail.com
JENNIFER W. KENNEDY
ATTORNEY AT LAW
61 S. Baldwin Avenue #1626
Sierra Madre, CA 91025
(626) 888-2263

Cameron L. Atkinson, *Pro Hac Vice*
catkinson@atkinsonlawfirm.com
ATKINSON LAW, LLC
122 Litchfield Rd
Harwinton, CT 06791
(203) 677-0782

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WE THE PATRIOTS USA, INC; JANE DOE, on her own behalf and on behalf of Child 1;<br><br>       Plaintiffs,<br>  vs.<br><br>VENTURA UNIFIED SCHOOL DISTRICT; ANTONIO CASTRO, in his official capacity only; ERIK NASARENKO, in his official capacity only; SARA BRUCKER, in her official capacity only; TONY THURMOND, in his official capacity only; ERICA PAN, in her official capacity only;<br><br>      Defendants. | Case No.: 2:25-cv-04659-AB-JC<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND TO FILE A JOINT 26(F) REPORT** |

1

The Plaintiffs – We The Patriots USA, Inc. and Jane Doe – and the appearing Defendants – Ventura Unified School District, Antonio Castro, and Erica Pan – hereby stipulate to continue the deadline for the parties to submit a joint 26(f) report (currently July 7, 2025) and the scheduling conference scheduled for July 18, 2025. The appearing parties stipulate to continue the scheduling conference to August 29, 2025 and the deadline for the parties to submit a joint 26(f) report to August 15, 2025.

The scheduling conference is currently scheduled for 10:00 AM, July 18, 2025. No party has asked for a continuance previously, and the Court has not granted any prior continuance requests.

Pending before the court is a motion to stay this matter. Plaintiffs intend to file an opposition to said motion. The parties seek the requested continuance because they recognize that a stay will disturb any schedule agreed upon and ordered by the Court.

As the attached declaration of Attorney Atkinson notes, all of the Defendants have not yet been served, and all of the Defendants are necessary to prepare a proper report.

The undersigned have conferred with each other, and there is no objection to the granting of this motion.

Thus, there is good cause to grant the stipulation.

STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND TO FILE A JOINT 26(F) REPORT

1

*For the Plaintiffs,*

2    Dated: July 2, 2025

3

**JENNIFER W. KENNEDY**

**ATTORNEY AT LAW**

4    BY:  /s/ *Jennifer W. Kennedy*

5    JENNIFER W. KENNEDY, ESQ.

6    California Bar No.: 185406

7    61 S. Baldwin Ave #1626

8    Sierra Madre, CA 91025-7076

9    (626) 888-2263

10   jenniferkennedyesq@gmail.com

11   Local Counsel for Plaintiff

12

13   **CAMERON L. ATKINSON**

14   BY: */s/ Cameron L. Atkinson*

15   *Pro Hac Vice*

16   ATKINSON LAW, LLC

17   122 Litchfield Rd

18   Harwinton, CT 06791

19   (203) 677-0782

20   catkinson@atkinsonlawfirm.com

21

22

23

24

25

26

27

28

3

STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND TO FILE A JOINT 26(F) REPORT

*For Defendants Ventura Unified School District and Antonio Castro*

**DAVID ADIDA**

BY: /s/ David Adida

500 South Grand Avenue – Suite 1200

Los Angles, CA 90071

(213) 744-0099

DAdida@omlolaw.com

*For Defendant Erica Pan*

BY: /s/ Jacquelyn Young

Deputy Attorney General

455 Golden Gate Avenue, Ste. 11000

San Francisco, CA 94102

(415) 510-3870

Jacquelyn.Young@doj.ca.gov

## <u>ATTESTATION OF COUNSEL</u>

Pursuant to Local Rule 5-4.3.4, the undersigned hereby attests that all other signatories listed on this document concur in the filing's content and have authorized this filing.

*/s/ Cameron L. Atkinson*

STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND TO FILE A JOINT 26(F) REPORT

5

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of July, 2025, I presented the foregoing pleading to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Cameron L. Atkinson*

5

STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND TO FILE A JOINT 26(F) REPORT