Jennifer W. Kennedy, CA SBN 185406
jenniferkennedyesq@gmail.com
JENNIFER W. KENNEDY
ATTORNEY AT LAW
61 S. Baldwin Avenue #1626
Sierra Madre, CA 91025
(626) 888-2263

Cameron L. Atkinson, *Pro Hac Vice*
catkinson@atkinsonlawfirm.com
ATKINSON LAW, LLC
122 Litchfield Rd
Harwinton, CT 06791
(203) 677-0782

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WE THE PATRIOTS USA, INC; JANE DOE, on her own behalf and on behalf of Child 1;<br><br>Plaintiffs,<br>vs.<br><br>VENTURA UNIFIED SCHOOL DISTRICT; ANTONIO CASTRO, in his official capacity only; ERIK NASARENKO, in his official capacity only; SARA BRUCKER, in her official capacity only; TONY THURMOND, in his official capacity only; ERICA PAN, in her official capacity only;<br><br>Defendants. | Case No.: 2:25-cv-04659-AB-JC<br><br>**DECLARATION OF CAMERON ATKINSON IN SUPPORT OF STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND TO FILE A JOINT 26(F) REPORT** |

1

Pursuant to 28 U.S.C. § 1746, Cameron L. Atkinson makes this unsworn declaration in support of the stipulation to continue the scheduling conference and to file a joint 26(f) report.

1. I am counsel to the Plaintiffs in this matter.
2. As of July 2, 2025, all of the Defendants have not been served in this matter.
3. On July 2, 2025, I conferred with counsel for Defendants VUSD, Erica Pan, Antonio Castro, who have appeared, and they consented to the continuance requested.
4. The Plaintiffs need additional time to complete service in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2025

*Cameron L. Atkinson*
Cameron L. Atkinson

2

DECLARATION OF CAMERON ATKINSON IN SUPPORT OF STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND TO FILE A JOINT 26(F) REPORT