# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WE THE PATRIOTS USA, INC; JANE DOE, on her own behalf and on behalf of Child 1;<br><br>　　　　Plaintiffs,<br>　vs.<br><br>VENTURA UNIFIED SCHOOL DISTRICT; ANTONIO CASTRO, in his official capacity only; ERIK NASARENKO, in his official capacity only; SARA BRUCKER, in her official capacity only; TONY THURMOND, in his official capacity only; ERICA PAN, in her official capacity only;<br><br>　　　　Defendants. | Case No.: 2:25-cv-04659-AB-JC<br><br>**ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND TO FILE A JOINT 26(F) REPORT** |

The parties' stipulation to continue the scheduling conference scheduled for July 18, 2025 to 10:00 AM, Friday, August 29, 2025 is hereby ordered GRANTED. The parties shall file a joint 26(f) report by August 15, 2025.

Dated: _____         _____

　　　　　　　　　　　　　　　　　　　**Hon. Andre Birotte, Jr.**

　　　　　　　　　　　　　　　　　　　**USDJ**