# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WE THE PATRIOTS USA, INC; JANE DOE, on her own behalf and on behalf of Child 1;<br><br>Plaintiffs,<br>vs.<br><br>VENTURA UNIFIED SCHOOL DISTRICT; ANTONIO CASTRO, in his official capacity only; ERIK NASARENKO, in his official capacity only; SARA BRUCKER, in her official capacity only; TONY THURMOND, in his official capacity only; ERICA PAN, in her official capacity only;<br><br>Defendants. | Case No.: 2:25-cv-04659-AB-JC<br><br>**ORDER (1) GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND TO FILE A JOINT 26(F) REPORT, AND (2) CONTINUING MOTION** |

The Court **APPROVES** the parties' stipulation. The Scheduling Conference is **CONTINUED** to September 12, 2025, at 10:00 a.m. The parties' Joint Rule 26(f) Report is due by August 29, 2025.

The Motion to Stay (Dkt. No. 24) is **CONTINUED** to August 1, 2025, at 10:00 a.m.

**SO ORDERED.**

DATED: July 8, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1