ROB BONTA
Attorney General of California
JENNIFER G. PERKELL
Supervising Deputy Attorney General
JACQUELYN Y. YOUNG, SBN: 306094
KATHERINE GRAINGER, SBN: 333901
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102
  Telephone:  (415) 510-3553
  Fax:  (916) 731-2125
  E-mail:  Jacquelyn.Young@doj.ca.gov
*Attorneys for Defendant Dr. Erica Pan, in her official capacity as Director and State Public Health Officer for the California Department of Public Health*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE, on her own behalf and on behalf of Child 1; WE THE PATRIOTS USA, INC.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**VENTURA UNIFIED SCHOOL DISTRICT; ANTONIO CASTRO, in his official capacity only; SARA BRUCKER, in her official capacity only; TONY THURMOND, in his official capacity only; ERICA PAN, in her official capacity only,**<br><br>Defendants. | 2:25-cv-04659-AB-JC<br><br>**DEFENDANT CDPH'S NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO LOCAL RULE 83-1.4.1**<br><br>Courtroom:   7B<br>Judge:        The Honorable Andre Birotte, Jr.<br>Action Filed: May 22, 2025 |

1

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule 83-1.4.1, Defendant Erica Pan, in her official capacity as the Director of the California Department of Public Health (CDPH), specially appears and files this Notice of Pendency of Other Actions, as follows:

1.    On May 22, 2025, Plaintiffs Jane Doe and We the Patriots filed the present action in this District against Defendant CDPH, alleging that by not allowing for a religious exemption for vaccinations of school-aged children, California's school vaccine law violates her First Amendment right to free exercise of religion.  To date, CDPH has not been served in this matter.

2.    Pursuant to Local Rule 83-1.4.1, there are two other, previously filed, federal actions pending on appeal that involve "all or a material part of the subject matter" of the present action:

(a) *Royce v. Pan* (*Royce*)[1], No. 25-2504 (9th Cir., filed April 16, 2025);

(b) *Doescher v. Aragon* (*Doescher*), No 2:23-cv-02995-KJM- JDP (E.D. Cal., filed December 22, 2023); and,

3.    *Royce v. Pan* was originally filed in the Southern District of California on October 31, 2023.  The *Royce* court granted CDPH's motion to dismiss with prejudice.  *Royce*, No. 3:23-cv-02012-H-BLM, 2025 WL 834769, *5-14 (S.D. Cal. Mar. 17, 2025).  A true and accurate copy of the *Royce* operative complaint is attached as Exhibit 1.  The *Royce* plaintiffs appealed, and the matter is currently pending decision in the Ninth Circuit Court of Appeals, Case No. 25-2504. Appellants include four parents: Sara Royce, Sarah Clark, Kristi Caraway, and Tiffany Brown.  CDPH is the sole appellee.

4.    The counsel of record for the parties in *Royce* are as follows:

**<u>Plaintiff's Counsel</u>**
Erin Mersino

---

[1] *Royce* was initially filed on October 31, 2023, in the United States District Court, Southern District of California (case no. 3:23-cv-02012-H-BLM).

Advocates for Faith and Freedom
2215 Parkview Court
Ann Arbor, MI 48105
Telephone: (734) 827-2001
E-mail: emersino@faith-freedom.com

**Defendant's Counsel**
Christopher Hu
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3917
Christopher.Hu@doj.ca.gov

5.      *Doescher v. Aragon* was filed in the Eastern District of California on December 22, 2023.  Plaintiffs include six parents: Amy and Steve Doescher; Danielle and Kamron Jones; and Renee and Dr. Sean Patterson.  CDPH is the sole Defendant.  A true and accurate copy of the Doescher operative complaint is attached as Exhibit 2.  The *Doescher* court granted CDPH's motion to dismiss with prejudice.  *Doescher*, No 2:23-cv-02995-KJM- JDP, 2025 WL 1705012, *12-14 (E.D. Cal. June 18, 2025).  Plaintiffs filed a Notice of Appeal on July 16, 2025. *Doescher*, No 2:23-cv-02995-KJM- JDP, (E.D. Cal. Dec. 22, 2023), ECF. No. 55. The Ninth Circuit processed the appeal on July 18, 2025, but has not assigned a case number yet.  *Id.*, ECF No. 56.

6.      The counsel of record for the parties in *Doescher* are as follows:

**Plaintiff's Counsel**
Jonathan Nicol
The Nicol Law Firm
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: (816) 514-1178
E-mail: jdn@nicolfirm.com

**Defendant's Counsel**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Darin Wessel
California Department of Justice
600 W. Broadway Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9125
Darin.Wessel@doj.ca.gov

7.    The allegations in *Royce*, *Doescher*, and this matter are all premised on the California Legislature's elimination of the personal belief exemption in 2016:

8.    More specifically, all three actions seek declaratory and injunctive relief against the State's vaccine law and call for determination of the same or substantially similar questions of law and fact.  Parent plaintiffs in all three cases allege that they refuse to vaccinate their children because of their religious beliefs, and that California's vaccine mandate for school-aged children, absent a personal belief exemption, violates their First Amendment Free Exercise rights by conditioning their children's public or private school attendance on compliance with that mandate.  In each case, there is an identical threshold question of whether the school vaccine law is subject to rational basis or strict scrutiny review.  Plaintiffs in all three cases rely on *Tandon v. Newsom*, 141 S.Ct. 1294, 1296 (2021), to argue that this threshold question turns on whether the school vaccine law is neutral and generally applicable.  Plaintiffs in all three cases allege that because the challenged vaccine law provides for a "secular," medical exemption, the law lacks neutrality and general applicability and, thus, should be subject to strict scrutiny review.  Plaintiffs in all three cases allege that California's school vaccine law is not narrowly tailored and, thus, does not survive strict scrutiny.  In sum, pursuant to Local Rule 83-1.4.1, the claims in *Royce* and *Doescher* involve "all or a material part of the subject matter" as the present action.

1 | Dated:  July 25, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
JENNIFER PERKELL
Supervising Deputy Attorney General

*/s/ Jacquelyn Young*

JACQUELYN Y. YOUNG
KATHERINE GRAINGER
Deputy Attorneys General
*Attorneys for Erica Pan in her official
capacity as Director of the California
Department of Public Health*

SF2025801746

# CERTIFICATE OF SERVICE

Case Name:  **Doe v. Ventura Unified School District**        No.    **2:25-cv-04659-AB-JC**

I hereby certify that on <u>July 25, 2025,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT CDPH'S NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO LOCAL RULE 83-1.4.1**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 25, 2025</u>, at San Francisco, California.

|  |  |
|---|---|
| E. Santos | *E. Santos* |
| Declarant | Signature |

SF2025801746