UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WE THE PATRIOTS USA, INC. and JANE DOE, on her own behalf and on behalf of Child 1, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> VENTURA UNIFIED SCHOOL DISTRICT; et al., <br><br> Defendants - Appellees. | No. 25-5239 <br><br> D.C. No. 2:25-cv-04659-AB-JC <br> Central District of California, Los Angeles <br><br> ORDER |

The court has received the emergency motion for injunctive relief. Any response to the motion is due by 12:00 p.m. Pacific Time on September 5, 2025. The optional reply in support of the motion is due by 9:00 a.m. Pacific Time on September 8, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT