UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANE DOE, on her own behalf and on behalf of Child 1,<br><br>    Plaintiff - Appellant,<br><br>and<br><br>WE THE PATRIOTS USA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>VENTURA UNIFIED SCHOOL DISTRICT; et al.,<br><br>    Defendants - Appellees. | No. 25-6117<br><br>D.C. No. 2:25-cv-04659-AB-JC<br><br>Central District of California, Los Angeles<br><br>MANDATE |

The judgment of this Court, entered May 21, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT